```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF MARYLAND

IN RE: EDGAR L REESE                                          CASE No.
       2007 TIBER DRIVE
                                                              05-1-2675
       FORESTVILLE MD          20747

                         FINAL REPORT AND ACCOUNT
                                                       SS#1 - XXX-XX-5113
                                                       SS#2 - XXX-XX-0000

This Case was              The Plan was              The Case was
commenced on  02/08/05     confirmed on 05/10/05     concluded on 08/23/06

THIS CASE WAS Completed
    Your trustee has maintained a detailed record of all receipts, including
the source or other identification of each receipt and of all disbursements.
Copies of these detailed records are available to the Court by the Trustee, upon
request.


TOTAL RECEIPTS                                                      55009.38
Less refunds to debtor                                   2541.59
TOTAL AMOUNT OF PLAN FUND                                           52467.79

Administrative fees:
      Filing Fee                                             .00
      Attorney Fee                                           .00
      Trustee Expense                                    1437.61
      Other Costs                                            .00

TOTAL ADMINISTRATIVE FEES                                            1437.61
```

| DISBURSEMENTS TO CREDITORS<br>CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| AMERICAN EXPRESS | UNSECURED | 7077.55 | 7077.55 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 455.58 | 455.58 | .00 | .00 |
| BANK OF AMERICA | NOT FILED | .00 | .00 | .00 | .00 |
| BANK OF AMERICA | DIR.- PAY | 26.16 | 26.16 | .00 | .00 |
| BANK OF AMERICA | DIR.- PAY | 3005.78 | 3005.78 | .00 | .00 |
| BANK OF AMERICA N A (USA) | UNSECURED | 12229.71 | 12229.71 | .00 | .00 |
| BANK ONE DELAWARE NA | OTHER SEC | 2165.99 | 2165.99 | .00 | .00 |
| BANK ONE DELAWARE NA | UNSECURED | 1533.40 | 1533.40 | .00 | .00 |
| CITIBANK USA NA | UNSECURED | 2714.11 | 2714.11 | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | OTHER SEC | 1743.56 | 1743.56 | .00 | .00 |

| DISBURSEMENTS TO CREDITORS<br>CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORATION | UNSECURED | 1786.31 | 1786.31 | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | 1647.66 | 1647.66 | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | OTHER SEC | 2167.85 | 2167.85 | 399.39 | .00 |
| ECAST SETTLEMENT CORPORATION | OTHER SEC | 800.00 | 800.00 | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | 932.62 | 932.62 | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | 1188.79 | 1188.79 | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | 743.56 | 743.56 | .00 | .00 |

```
ECAST SETTLEMENT CORPORATION  UNSECURED    667.85    667.85      .00      .00
ECAST SETTLEMENT CORPORATION  UNSECURED    356.30    356.30      .00      .00
HECHTS                        UNSECURED   1380.69   1380.69      .00      .00
RESURGENT ACQUISITION         UNSECURED    691.43    691.43      .00      .00
TARGET NATIONAL BANK          UNSECURED    669.02    669.02      .00      .00
VALUE CITY                    NOT FILED       .00       .00      .00      .00
VIRGINIA CREDIT UNION         UNSECURED   2781.64   2781.64      .00      .00
WALMART                       NOT FILED       .00       .00      .00      .00
WALMART                       NOT FILED       .00       .00      .00      .00
WELLS FARGO FINANCIAL NATL B  OTHER SEC   3248.31   3248.31   616.92      .00
EDGAR L REESE                 REFUND      2541.59   2541.59
```

```
                        Priority        Secured         Unsecured       Continuing Debt
                        --------        -------         ---------       ---------------
Total amount allowed       .00         10125.71         36856.22             .00
Total amount paid  :       .00         14173.96         36856.22             .00
```
(handwritten: 14173.96)

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.

TIMOTHY P. BRANIGAN

DATED :11/10/06

cc: SHARON Y DEBERRY ESQ
    9200 BASIL COURT
    SUITE 550
    LARGO MD                 20774